**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**
**In Admiralty**

| | | |
|---|---|---|
| **JASON L. MEDLIN,** | ) | |
| | ) | **CIVIL ACTION NO. 2:25CV00115** |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **UNITED STATES of AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

It is hereby requested that the Clerk enter the appearance of Christopher C. Schreyer, Esquire as counsel for the plaintiff, Jason L. Medlin.

I certify that I am admitted to practice in this Court.

Respectfully submitted,

**JASON L. MEDLIN**

By: ______________/s/________________
Of Counsel

Christopher C. Schreyer (VSB No. 93064)
FRAIM & FIORELLA, P.C.
Town Point Center
150 Boush Street, Suite 601
Norfolk, Virginia 23510
(757) 227-5900
(757) 227-5901 (fax)
*Counsel for Jason L. Medlin*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court for the United States District Court for the Eastern District of Virginia, on this 3rd day of March, 2025 using the CM/ECF system, which will send notification of such filing (NEF) to all CM/ECF registered attorneys on the NEF.

*/s/*

Christopher C. Schreyer, Esq.
(VSB No. 93064)
FRAIM & FIORELLA, P.C.
Town Point Center
150 Boush Street, Suite 601
Norfolk, Virginia 23510
(757) 227-5900
(757) 227-5901 (fax)
*Counsel for Jason L. Medlin*