IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division
In Admiralty

JASON L. MEDLIN,

    Plaintiff,

v.                                                                 Civil Action No.: 2:25-cv-115

UNITED STATES of AMERICA,

    Defendant.

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Mackenzie R. Pensyl, an attorney with the firm of Crenshaw, Ware and Martin, P.L.C. and a member in good standing of the United States District Court for the Eastern District of Virginia and the bar of the Supreme Court of Virginia, will appear as counsel for Plaintiff, Jason L. Medlin, in this matter.

Dated: March 4, 2025

/s/ *Mackenzie R. Pensyl*
James L. Chapman, IV, VSB No. 21983
Mackenzie R. Pensyl VSB No. 100012
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
mpensyl@cmw-law.com
*Attorneys for Jason L. Medlin*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 4th day of March 2025, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all registered filers.

                                                                             /s/ *Mackenzie R. Pensyl*
James L. Chapman, IV, VSB No. 21983
Mackenzie R. Pensyl VSB No. 100012
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
mpensyl@cmw-law.com
*Attorneys for Jason L. Medlin*