AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25cv115

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>United States of America Serve: Erik S. Seibert, United States Attorney - Eastern District of Virginia</u> was received by me on *(date)* <u>Mar 4, 2025</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Tammy Zimmer</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>United States of America Serve: Erik S. Seibert, United States Attorney - Eastern District of Virginia</u> on *(date)* <u>Tue, Mar 04 2025</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 03/05/2025

*Server's signature*

Mark Hagood, Process Server

*Printed name and title*

107 S. West St. Ste. 417, Alexandria, VA 22314

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Mar 4, 2025, 1:21 pm EST at 2100 JAMIESON AVENUE, ALEXANDRIA, VA 22314 received by Tammy Zimmer . Age: 45; Ethnicity: Caucasian; Gender: Female; Weight: 200; Height: 5'6"; Hair: Blond; Eyes: Blue; Relationship: Chief Paralegal