AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
для the
Eastern District of Virginia

| | |
|---|---|
| Jason Medlin <br> *Plaintiff* <br> v. <br> United States of America <br> *Defendant* | ) ) ) ) ) Case No.  2:25-cv-115 |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date:    06/06/2025

*Attorney's signature*

*Printed name and bar number*
United States Department of Justice
Aviation, Space & Admiralty Section
175 N Street NE, 11th Floor
Washington, DC 20002

*Address*

Orla.Brady@usdoj.gov
*E-mail address*

(202) 305-4325
*Telephone number*

(202) 616-4002
*FAX number*