AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| _____ *Plaintiff* <br> v. <br> _____ *Defendant* | ) <br> ) <br> ) <br> ) <br> ) | Case No. |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____.

Date: _____                        *M. Robb Hyde*
                                                          _____
                                                          *Attorney's signature*

                                                          _____
                                                          *Printed name and bar number*

                                                          _____
                                                          *Address*

                                                          _____
                                                          *E-mail address*

                                                          _____
                                                          *Telephone number*

                                                          _____
                                                          *FAX number*