**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**
**INITIAL PRETRIAL CONFERENCE**

Date:  **6/18/2025**
Judge: **Elizabeth W. Hanes**
Time Set: **1:30 p.m.**
Time**: 1:40 p.m. – 2:07 p.m.**
Deputy Clerk:  **Tammy Eubanks**

## Case Number:  2:25cv115

## Jason L. Medlin
## v.
## United States of America

**PROCEEDINGS**:

James Chapman, Christopher Schreyer, and Mackenzie Pensyl, present on behalf of the plaintiff.

Matthew Hyde, Orla Brady, and Sean Jensen present on behalf of defendant.

Case on for IPTC.

Comments of the Court and counsel.

Status Conference set for 8/18/2026, at 2:00 p.m.  Parties were directed to file either a joint proposed schedule or file separate proposed schedules by 8/11/2026.

FPTC set for 4/27/2026, at 10:00 a.m. in Norfolk.

Bench Trial (5 days) set to begin on 5/4/2026, at 10:00 a.m. in Norfolk.

Order to be entered by the court.

Court adjourned.