UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

JASON L. MEDLIN,

    Plaintiff,

v.                                                Action No. 2:25cv115

UNITED STATES OF AMERICA,

    Defendant.

## ORDER

The undersigned held a settlement conference in this case on September 15, 2025. During the course of the settlement conference, the undersigned conducted *ex parte* discussions with the parties and provided opinions on legal and factual issues. Because of the nature of the settlement discussions, the undersigned will no longer preside over any contested issues in this case. Therefore, the Clerk is **DIRECTED** to reassign this matter to an alternative United States Magistrate Judge.

The Clerk shall deliver a copy of this order to counsel of record, and the courtroom deputies for United States District Judge Elizabeth W. Hanes and the undersigned.

**IT IS SO ORDERED.**

                                                                    /s/
                                                    Robert J. Krask
                                         United States Magistrate Judge

Norfolk, Virginia
September 17, 2025