IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division
In Admiralty

| | |
|---|---|
| JASON L. MEDLIN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 2:25-CV-00115-EWH-RJK |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**NOTICE OF SETTLEMENT**

The United States hereby advises the Court that the parties have reached an agreement to settle this action brought pursuant to the Longshore and Harbor Workers' Compensation Act, 33 U.S.C. § 905(b), the Public Vessels Act, 46 U.S.C. § 31101, *et seq*., the Suits in Admiralty Act, 46 U.S.C. § 30901, *et seq*., and under this Court's general admiralty jurisdiction, 28 U.S.C. § 1333, that is subject to final approval of the agreement by the Assistant Attorney General.

The following additional information is provided for the Court's benefit:

1.    The settlement amount agreed to by the parties exceeds the authority of the Director of the Civil Division, Torts Branch, Aviation, Space & Admiralty Section.  By regulation, this agreement must be approved by the Assistant Attorney General (or a designee on his behalf) before it can be final. 28 C.F.R. § 0.161.

2.    Pursuant to Department of Justice Policy the matter will be referred to the appropriate decision maker at the Department (in this instance, the Deputy Assistant Attorney General) by the Civil Division's Tort Branch for a final decision.

3. The parties have conferred and respectfully request that the trial in this matter set to begin May 4, 2026 be removed from this Court's trial docket, pending the final approval and payment of the settlement proceeds by the United States, and that the Court stay the deadlines set forth in its prior Scheduling Order (ECF No. 14).

4. The parties will file an agreed-upon dismissal order once the parties have fully executed the settlement.

Respectfully submitted,

YAAKOV ROTH
Principal Deputy Assistant Attorney General
Civil Division

ERIK S. SIEBERT
United States Attorney

By:     /s/Orla M. Brady
Robb Hyde, PA Bar # 63974
Orla M. Brady, NY Bar # 4639241
Trial Attorneys
Torts Branch, Civil Division
U.S. Department of Justice
Post Office Box 14271
Washington, DC 20044-4271
Telephone: 202.616.4025
Fax: 202.616.4002
Email: robb.hyde@usdoj.gov
Email: orla.brady@usdoj.gov

Sean D. Jansen, Assistant U.S. Attorney
Virginia State Bar No. 82252
Office of the United States Attorney
101 West Main Street, Suite 8000
Norfolk, Virginia 23510-1671
Telephone: 757.441.6331
Fax: 757.441.6689
Email: sean.jansen@usdoj.gov

*Attorneys for the United States of America*