IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | | |
|---|---|---|
| JASON L. MEDLIN | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 2:25-CV-00115-EWH-RJK |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

STATUS REPORT OF SETTLEMENT

The United States previously advised this Court that the parties have reached an agreement to settle this action brought pursuant to the Longshore and Harbor Workers' Compensation Act, 33 U.S.C. § 905(b), the Public Vessels Act, 46 U.S.C. § 31101, *et seq.*, the Suits in Admiralty Act, 46 U.S.C. § 30901, *et seq.*, and under this Court's general admiralty jurisdiction, 28 U.S.C. § 1333, that is subject to final approval of the agreement by the Assistant Attorney General.

The following additional information is provided for the Court's benefit:

1.      The Assistant Attorney General has approved the settlement pursuant to 28 C.F.R. § 0.161.

2.      The payment authorization has been forwarded to the Treasury.

3.        The current government shutdown has created a workforce deficiency that makes it impossible to determine the date Plaintiff will receive the agreed upon settlement proceeds. There is no way of knowing when the shutdown will end.

4.        The United States anticipates that payment will be processed expeditiously when government personnel return to work.

5.         The parties have conferred and respectfully request that the Court continue to stay the deadlines set forth in its prior Scheduling Order (ECF No. 14) for an additional 45 days from the date of this status report.

Dated: October 22, 2025

Respectfully submitted,

JOHN GUYNN
Deputy Assistant Attorney General

ERIK S. SIEBERT
United States Attorney

*/s/ Robb Hyde*
M. Robb Hyde
Trial Attorney
Aviation, Space & Admiralty
175 N Street, NE, Room 11.226
Washington, DC 20002
T: (301) 537-0640
Email: robb.hyde@usdoj.gov

Attorney for Defendant
United States of America

2

CERTIFICATE OF SERVICE

I, Robb Hyde, HEREBY CERTIFY that a copy of the foregoing was served

upon all counsel of record by electronic mail on October 22, 2025.

James L. Chapman , IV
Crenshaw, Ware & Martin, P.L.C.
Litigation 150 West Main Street Suite 1923
Norfolk, VA 25310
757-623-3000
 Email:Jchapman@cwm-Law.Com

Todd Michael Fiorella
Fraim & Fiorella PC
150 Boush St Suite 601
Norfolk, VA 23510
(757) 227-5900
Email:Tmfiorella@ff-Legal.Com

Fraim & Fiorella PC
150 Boush St Suite 601
Norfolk, VA 23510
757-227-5900 Fax: 757-227-5901
Email:Cschreyer@ff-Legal.Com

Mackenzie Rae Pensyl
Crenshaw, Ware & Martin, P.L.C.
150 W. Main Street Suite 1923
Norfolk, VA 23510
757-623-3000 Fax: 757-623-5735
 Email:Mpensyl@cwm-Law.Com

/s/ Robb Hyde
M. Robb Hyde
Trial Attorney
U.S. Department of Justice
