UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| JASON L. MEDLIN<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:25-cv-00115-EWH-RJK |

## NOTICE OF DISMISSAL

On September 15, 2021, the parties reached an agreement to settle this matter between Plaintiff and the United States of America, subject to final approval of the Settlement by the Assistant Attorney General of the Department of Justice and other conditions set forth in agreement. *See* ECF No. 19.

The United States hereby provides notice that such approval has been obtained, the Settlement Agreement executed on behalf of the United States and all other conditions of the settlement have been met. Accordingly, this matter should be dismissed with prejudice, with each party bearing their own costs and fees and with the Court explicitly not retaining jurisdiction over the United States or settlement.

An agreed dismissal order is attached hereto as Exhibit 1.

2

                              Respectfully submitted,

BY:    /s/ *Orla M. Brady*
        Orla M. Brady
        New York Bar No. 4639241
        Trial Attorney
        U.S. Department of Justice
        Torts Division
        175 N St. NE
        Washington DC 20005
        (202) 598-9051
        Email: orla.brady@usdoj.gov

## CERTIFICATE OF SERVICE

I, Orla Brady, HEREBY CERTIFY that a copy of the foregoing was, on January 2, 2026, filed with the court's Electronic Case Filing system which will electronically serve the below counsel of record.

James L. Chapman , IV
Crenshaw, Ware & Martin, P.L.C.
Litigation 150 West Main Street Suite 1923
Norfolk, VA 25310
757-623-3000
Email:Jchapman@cwm-Law.Com

Todd Michael Fiorella
Fraim & Fiorella PC
150 Boush St Suite 601
Norfolk, VA 23510
(757) 227-5900
Email:Tmfiorella@ff-Legal.Com

Mackenzie Rae Pensyl
Crenshaw, Ware & Martin, P.L.C.
150 W. Main Street Suite 1923
Norfolk, VA 23510
757-623-3000 Fax: 757-623-5735
Email:Mpensyl@cwm-Law.Com

/s/ Orla Brady
Orla Brady
Employee
U.S. Department of Justice