# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

**JASON L MEDLIN,**

      *Plaintiff*,                  **Case No. 2:25-cv-00115**

    v.

**UNITED STATES OF AMERICA,**

      *Defendant*.

## DISMISSAL ORDER

On this day, the parties appeared by counsel and advised that this matter has been resolved and that the parties have entered into a Stipulation for Compromise Settlement and Release of claims under the Longshoreman and Harbor Workers Compensation Act, 31 U.S.C. § 901 *et seq*., the Public Vessels Act, 46 U.S.C. § 31101 *et seq*., the Suits in Admiralty Act, 46 U.S.C. § 30901 *et seq*., and under this Court's general admiralty jurisdiction, 28 U.S.C. § 1333.

**IT IS THEREFORE ORDERED** that this action, and the claim of Plaintiff, Jason L. Medlin, are **DISMISSED WITH PREJUDICE** and without costs, expenses, or interest.


                             _____
                               UNITED STATES DISTRICT JUDGE

At Norfolk, Virginia

This \_\_\_\_ day of _____, 2026.

Page 1 of 2

**WE ASK FOR THIS:**

**JASON L. MEDLIN**
**Plaintiff**

By:      *James L. Chapman*
James L. Chapman , IV
Crenshaw, Ware & Martin, P.L.C.
150 West Main Street Suite 1923 Norfolk, VA 25310
757-623-3000
Email:Jchapman@cwm-Law.Com
Todd Michael Fiorella
Fraim & Fiorella PC 150 Boush St Suite 601
Norfolk, VA 23510
(757) 227-5900
Email:Tmfiorella@ff-Legal.Com

Mackenzie Rae Pensyl
Crenshaw, Ware & Martin, P.L.C. 150 W. Main Street Suite 1923
Norfolk, VA 23510
757-623-3000 Fax: 757-623-5735
Email:Mpensyl@cwm-Law.Com

**UNITED STATES OF AMERICA**
**Defendant**


By:      *Orla M. Brady*
        Orla M. Brady
         NY Bar No. 4639241
        Trial Attorney
        U.S. Department of Justice
        Torts Division
        175 N St. NE
        Washington DC 20005
        (202) 598-9051
        Email: orla.brady@usdoj.gov