IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

JASON L. MEDLIN,

    Plaintiff,

v.                                                 Civil Action No.  2:25-cv-115

UNITED STATES OF AMERICA,

    Defendant.

## FINAL ORDER

    This matter is before the Court on the parties' Notice of Dismissal with Prejudice (Dkt No. 21), filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties advise that they have entered into a Stipulation for Compromise Settlement and Release of claims under the Longshoreman and Harbor Workers Compensation Act, 31 U.S.C. § 901 et seq., the Public Vessels Act, 46 U.S.C. § 31101 et seq., the Suits in Admiralty Act, 46 U.S.C. § 30901 et seq., and under this Court's general admiralty jurisdiction, 28 U.S.C. § 1333. The Court acknowledges that the dismissal is WITH PREJUDICE, with each party to bear its own attorneys' fees and costs. The Court DIRECTS the Clerk to close the case.

    The Clerk is directed to send an electronic copy of this Order to all counsel of record and close this case.

    It is SO ORDERED.

                                                              /s/
                                                     Elizabeth W. Hanes
                                                     United States District Judge

Norfolk, Virginia
Date: January 8, 2026